UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              Case No. 3:19-CR-30003-002

NATHAN RON COLLINS                                                                      DEFENDANT

## **ORDER**

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 213) entered in this case and accepts defendant's plea of guilty to Count 4 of the indictment.

IT IS SO ORDERED this May 26, 2020.

*/s/P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE